**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CHRISTOPHER GOLDEN**                                                      **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 5:08cv156-DCB-MTP**

**GABRIEL WALKER,** *et al.*                                          **DEFENDANTS**

## ORDER

THIS MATTER is before the court on the Plaintiff's "Motion for Assistance" [58]. In the motion, Plaintiff seeks to obtain the names and addresses of 26 witnesses whom Plaintiff claims "will testify to facts and circumstances related to liability and damages." This motion was filed in apparent response to this court's June 3, 2009 Order Setting Trial [55], which directed that in preparation for the pre-trial conference (scheduled for August 17, 2009), the parties should - on or before August 3, 2009 - prepare and submit a list of potential witnesses and exhibits they anticipate utilizing at trial. The Order provides that the list of witnesses should contain a brief summary of their expected testimony. The purpose of requiring a summary is to enable the court to evaluate the necessity for all of the proposed testimony (*e.g.*, whether certain testimony will be cumulative). At the pre-trial conference, the court will address these matters. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Assistance" [58] is DENIED. Plaintiff is reminded of his obligation to provide the court with a list of potential witnesses and exhibits he anticipates utilizing at trial on or before August 3, 2009, and is also reminded that his witness list must contain a brief summary of the witnesses' expected testimony. *See* [55].

SO ORDERED this the 9th day of July, 2009.

                                                                   s/ Michael T. Parker
                                                                   United States Magistrate Judge