IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHRISTOPHER GOLDEN                                  PLAINTIFF

v.                                        CIVIL ACTION NO.: 5:08CV156-MTP

GABRIEL WALKER, ET AL.                               DEFENDANTS

## **ORDER**

THIS MATTER is before the court *sua sponte* for case management purposes, having held a pre-trial conference in this matter and having determined by separate Order [62] that trial subpoenas should be issued for witnesses employed at the prison facility where Plaintiff was incarcerated or who may work for prison facilities operated by or under the direction of the Mississippi Department of Corrections. Accordingly, IT IS ORDERED:

1. That the United States District Clerk is hereby directed to issue trial subpoenas to **Leticia Gains, Monica Cain, Lisa Ramsey, Mental Health Director Dennis and A. Jones** at the following address:

> **Wilkinson County Correctional Facility**
> **2999 Highway 61 North**
> **Woodville, Mississippi 39669**

compelling their attendance at the trial on **September 9, 2009 at 10:00 a.m.** before the undersigned at **United States Courthouse, 109 South Pearl Street, Natchez, Mississippi.**

2. The United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d), and shall file the return summonses with the Clerk.

SO ORDERED this the 19th day of August, 2009.

                                                             s/ Michael T. Parker
                                                             United States Magistrate Judge