**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CHRISTOPHER GOLDEN**                                                **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 5:08cv156-MTP**

**GABRIEL WALKER,** *et al.*                                         **DEFENDANTS**

                                                                                    **consolidated with**

**CHRISTOPHER GOLDEN**                                               **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 5:08cv292-DCB-MTP**

**CHRISTOPHER EPPS,** *et al.*                                        **DEFENDANTS**

<u>ORDER CONSOLIDATING CASES</u>

These matters are before the court *sua sponte* for consolidation. Having reviewed the complaints in these two related actions, this court finds that consolidation would be appropriate, as the two actions involve common questions of law or fact, as well as many of the same witnesses. Moreover, at a telephonic hearing held on August 25, 2009, the parties indicated that they have no objections to the matters being consolidated. [1]

IT IS, THEREFORE, ORDERED AND ADJUDGED that these matters are hereby consolidated for all purposes. All future pleadings and filings shall be filed only in cause no. 2:08cv156.

SO ORDERED on this, the 11th day of September, 2009.

                                                                     s/ Michael T. Parker
                                                                     United States Magistrate Judge

---

[1] "When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a).