IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GOLDEN | PLAINTIFF |
| V. | CIVIL ACTION NO. 5:08cv156-MTP |
| GABRIEL WALKER, *et al.* | DEFENDANTS |
| | consolidated with |
| CHRISTOPHER GOLDEN | PLAINTIFF |
| V. | CIVIL ACTION NO. 5:08cv292-DCB-MTP |
| CHRISTOPHER EPPS, *et al.* | DEFENDANTS |

## FINAL JUDGMENT

This cause having come before the court *sua sponte* for consideration of dismissal under 28 U.S.C. § 1915(e)(2), and a decision having been duly rendered by Memorandum Opinion and Order [74],

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Jacquelyn Banks and Christopher Epps in member case Civil Action No. 5:08cv292 are dismissed with prejudice. There being no just reason for delay, this judgment dismissing Plaintiff's claims against Defendants Jacquelyn Banks and Christopher Epps is final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

THIS, the 23rd day of October, 2009.

_____
United States Magistrate Judge

1